IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARY P. DENNIS                                                          PLAINTIFF

v.                    No. 4:17CV00212-JLH-JJV

FAULKNER COUNTY
SHERIFF OFFICE; *et al.*                                     DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Defendants Faulkner County Sheriff Office and Faulkner County Detention Center are DISMISSED without prejudice due to Plaintiff's failure to state a viable claim against them.

SO ORDERED this 28th day of April, 2017.

                                                                            _____
                                                                            J. LEON HOLMES
                                                                            UNITED STATES DISTRICT JUDGE